IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHATARIOUS RAMONE COBB, <br> AIS 308064, <br>     Petitioner, <br> v. <br> ANTONIO McCLAIN, WARDEN, et al., <br>     Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 3:23-CV-607-RAH-KFP <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

On June 27, 2024, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. Doc. 15. After an independent review of the record and upon consideration of the Recommendation, *see* 28 U.S.C. § 636(b), it is ORDERED that:

1. The Recommendation of the United States Magistrate Judge (Doc. 15) is ADOPTED.

2. The 28 U.S.C. § 2254 Petition for Habeas Corpus relief filed by Shatarious Cobb is DENIED as time-barred under 28 U.S.C. § 2244(d)(1)(A) and this case is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE, on this the 19th day of July 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE